SEALED

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 OCT 18  PM 1: 45

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

JAMES LAUGHERY

CASE NO. 8:18-cr-486-T-27-CPT

18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

### INTRODUCTION

At all times relevant to this indictment the defendant,

JAMES LAUGHERY,

was convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

    a.    Acquiring a Controlled Substance by Fraud on December 23, 2009;

    b.    Possession of Hydromorphone on May 15, 2013; and

    c.    Introduction Into or Possession of a Controlled Substance in a County Detention Facility on July 12, 2013.

### COUNT ONE

On or about January 11, 2018 in the Middle District of Florida, the defendant,



JAMES LAUGHERY,

having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Cobra .380 caliber handgun and Maxx Tech .380 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about January 23, 2018 in the Middle District of Florida, the defendant,

JAMES LAUGHERY,

having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Bryson Arms Model 59, 9 mm handgun.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about February 8, 2018 in the Middle District of Florida, the defendant,

JAMES LAUGHERY,

having been convicted in any court of a crime punishable by imprisonment for

a term exceeding one year did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit: a Smith and Wesson 9mm handgun and a Smith and Wesson .357 magnum handgun, and 6 rounds of .357 magnum ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about April 5, 2018 in the Middle District of Florida, the defendant,

JAMES LAUGHERY,

having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Taurus . 357 handgun, and 4 rounds of .357 magnum ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of the violation alleged in Count One, the defendant,

JAMES LAUGHERY,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1), including a Cobra .380 caliber handgun, a Bryco Arms 9mm handgun, a Smith and Wesson 9mm handgun, a Smith and Wesson .357 handgun, and a Taurus .357 handgun, and ammunition.

3.     If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or,

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JAMES LAUGHERY

## INDICTMENT

Violations: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 18th day

of October, 2018.

_____
Clerk

Bail $_____